IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
AUG 2 3 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DORIAN L. JOHNSON, )<br>)<br>Defendant. ) | CRIMINAL NO. 17-30144-NJR<br><br>Title 18, United States Code,<br>Sections 922(g)(1) and 924(d).<br><br>Title 28, United States Code<br>Section 2461(c). |

# INDICTMENT

**THE GRAND JURY CHARGES:**

### Unlawful Possession of a Firearm by a Previously Convicted Felon

On or about July 19, 2017, in St. Clair County, within the Southern District of Illinois,

### DORIAN L. JOHNSON,

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Unlawful Possession of a Firearm by a Previously Convicted Felon, on or about November 10, 2014, in Cause Number 14-30025-DRH, in the United States District Court for the Southern District of Illinois, did knowingly possess, in and affecting commerce, a firearm, to wit: a Beretta, .40 caliber pistol, bearing a defaced serial number, in violation of Title 18, United States Code, Section 922(g)(1).

### Forfeiture of Firearms

Upon conviction, defendant **DORIAN L. JOHNSON,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses

described in this Indictment, including but not limited, to the following a Beretta, .40 caliber pistol, bearing a defaced serial number and any and all ammunition associated with said firearm.

A TRUE BILL

███████████████
FOREPERSON

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_[signature]_
DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention